AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| WRIGHT, SUSAN W. | EASTERN DISTRICT OF ARKANSAS | 12/11/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. DISTRICT JUDGE (Senior) | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

UNITED STATES DISTRICT COURT
600 W. CAPITOL AVE., SUITE 522
LITTLE ROCK, AR 72201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. TRUSTEE | FOUR (4) FAMILY TRUSTS - see note in Part VIII |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 12/11/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | ELAN | CREDIT CARD - REVOLVING CREDIT | J |
| 2. | NISSAN MOTOR ACCEPTANCE CORPORATION | DEFICIENCY OBLIGATION (NOT JUDGMENT) | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 12/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. TIAA/CREF-1 S403(b) - Traditional Fixed Annuity | A | Interest | L | T | Distributed (part) | 02/03/16 | K | | |
| 2. Simmons Bank Account | A | Interest | K | T | | | | | |
| 3. Family Trust 1 (MSDW 08991)HMEB (H) | | | | | | | | | |
| 4. - IShares S&P 500 Growth ETF | A | Dividend | | | Sold | 09/13/16 | J | A | |
| 5. - IShares S&P Midcap 400 Index | A | Dividend | | | Sold | 01/21/16 | J | | |
| 6. | | | | | Buy | 06/03/16 | J | | |
| 7. | | | | | Buy (add'l) | 06/16/16 | J | | |
| 8. | | | | | Buy (add'l) | 06/24/16 | J | | |
| 9. | | | | | Sold | 09/13/16 | J | A | |
| 10. - Virtus Multi Sect Sht Trm BDI (PIMSX) | A | Dividend | | | Buy (add'l) | 01/26/16 | J | | |
| 11. | | | | | Buy (add'l) | 02/11/16 | J | | |
| 12. | | | | | Buy (add'l) | 09/13/16 | J | | |
| 13. | | | | | Sold (part) | 10/04/16 | J | | |
| 14. | | | | | Sold | 10/11/16 | J | A | |
| 15. - FIRST TRUST NORTH AMERICAN E (EMLP) | | None | | | Sold (part) | 01/13/16 | J | | |
| 16. | | | | | Sold | 01/14/16 | J | | |
| 17. - FIRST TRUST DORSEY WRIGHT FO (FV) | A | Dividend | | | Sold (part) | 01/14/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 12/11/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 01/26/16 | J | | |
| 19. | | | | | Sold (part) | 02/09/16 | J | | |
| 20. | | | | | Sold | 09/13/16 | J | | |
| 21. - FIRST TRUST DW FOCUS 5 INTL (IFV) | | None | | | Sold (part) | 01/14/16 | J | | |
| 22. | | | | | Sold | 02/09/16 | J | | |
| 23. - ISHARES RUSSELL 2000 GROWTH ETF (IWO) | | None | | | Sold | 01/21/16 | J | | |
| 24. - SPDR NUVEEN BARCLAYS CAPITAL M (TFI) | A | Int./Div. | | | Merged (with line 25) | 03/14/16 | J | | |
| 25. - SPDR NUVEEN BARCLAYS MUN ETF (RECEIVED IN EXCHANGE FOR LINE 24) | A | Int./Div. | | | Sold | 09/13/16 | J | A | |
| 26. - FIRST TRUST SENIOR LOAN FUND (FTSL) | A | Dividend | | | Buy (add'l) | 05/02/16 | J | | |
| 27. | | | | | Buy (add'l) | 09/13/16 | J | | |
| 28. | | | | | Sold (part) | 10/11/16 | J | | |
| 29. | | | | | Sold | 12/14/16 | J | | |
| 30. - FIRST TRUST TECH ALPHA ETF (FXL) | | None | | | Sold (part) | 01/21/16 | J | | |
| 31. | | | | | Sold | 02/12/16 | J | | |
| 32. - GUGGENHEIM S&P 500 EQU WEIGHT (RSP) | A | Dividend | | | Sold (part) | 03/30/16 | J | A | |
| 33. | | | | | Buy (add'l) | 06/16/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 12/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. | | | | | Buy (add'l) | 06/24/16 | J | | |
| 35. | | | | | Buy (add'l) | 07/26/16 | J | | |
| 36. | | | | | Sold | 09/13/16 | J | A | |
| 37. | | | | | Buy | 10/19/16 | J | | |
| 38. | | | | | Sold | 12/14/16 | J | A | |
| 39.   - ISHARES US FINANCIALS ETF (IYF) | | None | | | Sold | 02/12/16 | J | | |
| 40.   - POWERSH DWA TECH LEAD PTF ETF (PDP) | | None | | | Sold | 01/26/16 | J | | |
| 41.   - POWERSHARES PREFERRED PORT (PGX) | A | Dividend | | | Buy (add'l) | 05/02/16 | J | | |
| 42. | | | | | Sold (part) | 09/29/16 | J | A | |
| 43. | | | | | Sold | 12/14/16 | J | | |
| 44.   - POWERSHARES S&P 500 LOW VOLA (SPLV) | A | Dividend | | | Sold | 09/13/16 | J | A | |
| 45.   - PROSHARES TR S&P 500 DV ARIST (NOBL) | A | Dividend | | | Sold | 09/13/16 | J | A | |
| 46.   - SPDR TRUST SERIES 1 (SPY) | | None | | | Buy (add'l) | 07/26/16 | J | | |
| 47. | | | | | Sold | 09/13/16 | J | A | |
| 48.   - VANGUARD MIDCAP GROWTH ETF (VOT) | | None | | | Sold | 01/26/16 | J | | |
| 49.   - BLACKROCK US OPPORTUNITIES INS (BMCIX) | | None | | | Sold | 02/12/16 | J | | |
| 50.   - T ROWE PRICE DVRSFD SM CP GR (PRDSX) | | None | | | Sold | 02/12/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **WRIGHT, SUSAN W.** | 12/11/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51.   - AMGEN INC | A | Dividend | | | Buy | 09/13/16 | J | | |
| 52. | | | | | Sold | 12/14/16 | J | | |
| 53.   - APPLE INC | A | Dividend | | | Buy | 09/13/16 | J | | |
| 54. | | | | | Sold | 12/14/16 | J | A | |
| 55.   - BLACKROCK INC | A | Dividend | | | Buy | 09/13/16 | J | | |
| 56. | | | | | Sold | 12/14/16 | J | A | |
| 57.   - CHEVRON CORP | A | Dividend | | | Buy | 09/13/16 | J | | |
| 58. | | | | | Sold | 12/14/16 | J | A | |
| 59.   - COMCAST CORP (NEW) CLASS A | A | Dividend | | | Buy | 09/13/16 | J | | |
| 60. | | | | | Sold | 12/14/16 | J | A | |
| 61.   - CONAGRA BRANDS INC | A | Dividend | | | Buy | 09/13/16 | J | | |
| 62. | | | | | Sold | 12/14/16 | J | A | |
| 63.   - CROWN CASTLE INTL CORP NEW | A | Dividend | | | Buy | 09/13/16 | J | | |
| 64. | | | | | Sold | 11/30/16 | J | | |
| 65.   - CVS HEALTH CORP COM | A | Dividend | | | Buy | 09/13/16 | J | | |
| 66. | | | | | Sold | 11/30/16 | J | | |
| 67.   - HONEYWELL INTERNATIONAL INC | A | Dividend | | | Buy | 09/13/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 12/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. | | | | | Sold | 12/14/16 | J | A | |
| 69. - INTL BUSINESS MACHINES CORP | A | Dividend | | | Buy | 09/13/16 | J | | |
| 70. | | | | | Sold | 12/14/16 | J | A | |
| 71. - JPMORGAN CHASE & CO | A | Dividend | | | Buy | 09/13/16 | J | | |
| 72. | | | | | Sold | 12/14/16 | J | A | |
| 73. - L BRANDS INC COM | A | Dividend | | | Buy | 09/13/16 | J | | |
| 74. | | | | | Sold | 12/14/16 | J | | |
| 75. - MEDTRONIC PLC SHS | A | Dividend | | | Buy | 09/13/16 | J | | |
| 76. | | | | | Sold | 12/14/16 | J | | |
| 77. - MICROSOFT CORP | A | Dividend | | | Buy | 09/13/16 | J | | |
| 78. | | | | | Sold | 12/14/16 | J | A | |
| 79. - NEXTERA ENERGY INC COM | | None | | | Buy | 09/13/16 | J | | |
| 80. | | | | | Sold | 09/29/16 | J | A | |
| 81. - OCCIDENTAL PETROLEUM CORP DE | | None | | | Buy | 09/13/16 | J | | |
| 82. | | | | | Sold | 12/14/16 | J | | |
| 83. - PEPSICO INC NC | | None | | | Buy | 09/13/16 | J | | |
| 84. | | | | | Sold | 12/14/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 12/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. - PFIZER INC | A | Dividend | | | Buy | 09/13/16 | J | | |
| 86. | | | | | Sold | 12/14/16 | J | | |
| 87. - PHILIP MORRIS INTL INC | A | Dividend | | | Buy | 09/13/16 | J | | |
| 88. | | | | | Sold | 12/14/16 | J | | |
| 89. - RAYTHEON CO (NEW) | A | Dividend | | | Buy | 09/13/16 | J | | |
| 90. | | | | | Sold | 12/14/16 | J | A | |
| 91. - SCHLUMBERGER LTD | | None | | | Buy | 09/13/16 | J | | |
| 92. | | | | | Sold | 12/14/16 | J | A | |
| 93. - SEMPRA ENERGY | A | Dividend | | | Buy | 09/13/16 | J | | |
| 94. | | | | | Sold | 12/14/16 | J | | |
| 95. - WELLS FARGO & CO NEW | A | Dividend | | | Buy | 09/29/16 | J | | |
| 96. | | | | | Sold | 12/14/16 | J | A | |
| 97. - FIRST TRUST DORSEY WRIGHT DYNA | | None | | | Buy | 06/16/16 | J | | |
| 98. | | | | | Buy (add'l) | 07/06/16 | J | | |
| 99. | | | | | Sold | 09/13/16 | J | A | |
| 100. - FIRST TRUST LOW DURATION OPP (LMBS) | A | Dividend | | | Buy | 09/29/16 | J | | |
| 101. | | | | | Sold | 12/14/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 12/11/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. - FT-PREFERRED SECUR & INC ETF (FPE) | A | Dividend | | | Buy | 09/29/16 | J | | |
| 103. | | | | | Sold | 12/14/16 | J | | |
| 104. - ISHARES 7-10 YR TREASURY BD ETF | A | Dividend | | | Buy | 02/11/16 | J | | |
| 105. | | | | | Sold | 07/25/16 | J | A | |
| 106. - VANEK VECTORS GOLD MINERS E (GDX) | | None | | | Buy | 02/11/16 | J | | |
| 107. | | | | | Sold | 09/13/16 | J | A | |
| 108. - PROSHRS S&P MID 400 DVD ARIST | | None | | | Buy | 10/19/16 | J | | |
| 109. | | | | | Sold | 12/14/16 | J | A | |
| 110. - PROSHRS RSL 2000 DVD ETF | A | Dividend | | | Buy | 06/16/16 | J | | |
| 111. | | | | | Sold | 09/13/16 | J | A | |
| 112. - SPDR BARCLAYS CAPITAL INTERMED | A | Dividend | | | Buy | 01/26/16 | J | | |
| 113. | | | | | Sold | 05/03/16 | J | A | |
| 114. - SPDR GOLD TR GOLD SHS | | None | | | Buy | 02/11/16 | J | | |
| 115. | | | | | Sold | 06/24/16 | J | A | |
| 116. - UTILITIES SEL SECT SPDR FUND | A | Dividend | | | Buy | 02/11/16 | J | | |
| 117. | | | | | Sold | 09/13/16 | J | A | |
| 118. - PIMCO SHORT TERM P | A | Dividend | | | Buy | 05/12/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 12/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. | | | | | Sold (part) | 06/16/16 | J | | |
| 120. | | | | | Sold | 06/24/16 | J | | |
| 121. - PIMCO INVEST GRD CORP BD P | A | Dividend | | | Buy | 09/13/16 | J | | |
| 122. | | | | | Sold (part) | 10/11/16 | J | A | |
| 123. | | | | | Sold | 12/14/16 | J | | |
| 124. - FIRST TR EXCHANGE TRADED FD IV | A | Dividend | | | Buy | 01/26/16 | J | | |
| 125. | | | | | Buy (add'l) | 03/02/16 | J | | |
| 126. | | | | | Sold (part) | 04/05/16 | J | A | |
| 127. | | | | | Sold | 05/11/16 | J | A | |
| 128. - CASH | A | Interest | L | T | | | | | |
| 129. Brokerage Acct. WF7-2943 (IRA) (H) | | | | | | | | | |
| 130. - Money Market - Wells Fargo | A | Interest | K | T | | | | | |
| 131. - Altria Group Inc | A | Dividend | K | T | Sold (part) | 03/11/16 | J | B | |
| 132. - Apple Inc. | A | Dividend | K | T | Sold (part) | 03/11/16 | J | D | |
| 133. | | | | | Sold (part) | 11/01/16 | J | A | |
| 134. - IShares S&P US Preferred Stock | C | Dividend | L | T | Buy (add'l) | 03/11/16 | K | | |
| 135. | | | | | Buy (add'l) | 11/01/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 12/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136. - Western Asset Income Fd. (mutual fund) | C | Dividend | L | T | Sold (part) | 03/11/16 | J | | |
| 137. | | | | | Sold (part) | 11/01/16 | J | | |
| 138. - ENERGY SELECT ETF SECTOR SPDR | | None | | | Sold | 03/11/16 | K | | |
| 139. - FINANCIAL SELECT ETF SECTOR SPDR | | None | | | Sold | 03/11/16 | K | B | |
| 140. - INDUSTRIAL SELECT ETF SECTOR SPDR | | None | | | Sold | 01/26/16 | K | A | |
| 141. - SECTOR SPDR TR TECHNOLOGY SELECT SECTOR | | None | | | Sold | 03/11/16 | K | C | |
| 142. - SELECT SECTOR SPDR FD HEALTHCARE | | None | | | Sold | 03/11/16 | K | C | |
| 143. - SELECT SECTOR SPDR FD CONSUMER DISCRETIONARY | | None | | | Sold | 03/11/16 | K | C | |
| 144. - SPDR EURO STOXX 50 ETF | A | Dividend | | | Sold (part) | 02/11/16 | J | | |
| 145. | | | | | Sold | 11/01/16 | K | | |
| 146. - VANGUARD FTSE DEVELOPED MARKETS ETF | B | Dividend | L | T | Sold (part) | 03/11/16 | J | | |
| 147. | | | | | Buy (add'l) | 11/01/16 | J | | |
| 148. - VANGUARD SHORT TERM ETF CORP BD | B | Distribution | L | | Buy (add'l) | 03/11/16 | K | | |
| 149. | | | | | Sold (part) | 11/01/16 | J | A | |
| 150. - GILEAD SCIENCES INC | A | Dividend | | | Buy (add'l) | 03/11/16 | J | | |
| 151. | | | | | Sold | 07/21/16 | K | | |
| 152. - ISHARES MSCI UNITED KINGDOM | | None | | | Sold | 03/11/16 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 12/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 153. - PIMCO TOTAL RETURN | B | Dividend | L | T | Buy (add'l) | 03/11/16 | J | | |
| 154. | | | | | Buy (add'l) | 11/01/16 | J | | |
| 155. - SELECT SECTOR SPDR FD MATERIALS | | None | | | Sold | 03/11/16 | J | | |
| 156. - ALPHABET INC VOTING CAP STK CL A | | None | K | T | Sold (part) | 03/11/16 | J | C | |
| 157. - ISHARES S&P MIDCAP 400 GROWTH | | None | | | Sold | 03/11/16 | K | | |
| 158. - ISHARES S&P MIDCAP 400 VALUE | A | Dividend | K | T | Buy (add'l) | 03/11/16 | J | | |
| 159. | | | | | Buy (add'l) | 11/01/16 | K | | |
| 160. - ISHARES CORE S&P SMALL CAP 600 GROWTH | | None | | | Sold | 03/11/16 | K | | |
| 161. - ISHARES CORE S&P SMALL CAP 600 VALUE | A | Dividend | K | T | Buy (add'l) | 03/11/16 | J | | |
| 162. | | | | | Buy (add'l) | 11/01/16 | J | | |
| 163. - ISHARES TIP BOND | | None | | | Sold | 03/11/16 | L | | |
| 164. - POWERSHARES DYNAMIC MKT LEISURE AND ENTERTAIN | | None | | | Sold | 03/11/16 | J | | |
| 165. - SPDR S&P BANK ETF | | None | | | Sold | 03/11/16 | K | | |
| 166. - ADVISORS INNER CIRCLE FD WESTWOOD INCOME OPP | | None | | | Sold | 03/11/16 | M | | |
| 167. - PIMCO FDS INCOME FD INSTL CL | C | Dividend | L | T | Buy (add'l) | 03/11/16 | K | | |
| 168. | | | | | Sold (part) | 11/02/16 | K | | |
| 169. - ALERIAN MLP ETF | A | Dividend | K | T | Buy | 11/01/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 12/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 170.  - AT&T INC | A | Dividend | K | T | Buy | 03/11/16 | K | | |
| 171. | | | | | Buy (add'l) | 11/01/16 | J | | |
| 172.  - BERKSHIRE HATHAWAY INC SERIES B NEW | | None | K | T | Buy | 03/11/16 | K | | |
| 173.  - CBS CORP CL B | A | Dividend | K | T | Buy | 03/11/16 | K | | |
| 174.  - CELGENE CORP | | None | K | T | Buy | 07/21/16 | K | | |
| 175. | | | | | Buy (add'l) | 11/01/16 | J | | |
| 176.  - EXXON MOBILE CORP | A | Dividend | K | T | Buy | 03/11/16 | K | | |
| 177.  - FACEBOOK INC CLASS A | | None | K | T | Buy | 11/01/16 | K | | |
| 178.  - INTEL CORP | A | Dividend | K | T | Buy | 03/11/16 | K | | |
| 179.  - INTERNATIONAL PAPER | A | Dividend | K | T | Buy | 01/26/16 | K | | |
| 180. | | | | | Sold (part) | 03/11/16 | J | A | |
| 181. | | | | | Sold (part) | 11/01/16 | J | A | |
| 182.  - JPMORGAN CHASE & CO | | None | K | T | Buy | 11/01/16 | K | | |
| 183.  - MERCK & CO INC NEW | A | Dividend | K | T | Buy | 03/11/16 | K | | |
| 184. | | | | | Sold (part) | 11/01/16 | J | A | |
| 185.  - PRUDENTIAL FINANCIAL INC | A | Dividend | | | Buy | 03/11/16 | K | | |
| 186. | | | | | Sold | 11/01/16 | K | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 187. - VANGUARD REIT | A | Dividend | K | T | Buy | 11/01/16 | K | | |
| 188. - VENTAS INC | A | Dividend | | | Buy | 03/11/16 | K | | |
| 189. | | | | | Sold | 11/01/16 | K | B | |
| 190. - WALMART STORES INC | A | Dividend | K | T | Buy | 03/11/16 | K | | |
| 191. - DOUBLELINE FDS TR TOTAL RETURN BD FD CL I | C | Dividend | M | T | Buy | 03/11/16 | M | | |
| 192. | | | | | Sold (part) | 11/01/16 | K | A | |
| 193. WA Brok.Acct.6 (2931) (H) | | | | | | | | | |
| 194. - Wells Fargo Bank Co. Money Mkt. Acct. | A | Interest | K | T | | | | | |
| 195. - University AR Univ Revs Various Fac-Fayetteville Ser A B/E OID 5.0% | A | Interest | J | T | | | | | |
| 196. - University Cent AR Rev Rfdg Stdnt Fee Ser B B/E CPN 3.25%, 9/1/23 | A | Interest | J | T | | | | | |
| 197. - Voya SmartDesign Variable Annuity - VY T. Rowe Price Capital Appre | A | Interest | K | T | | | | | |
| 198. - WATSON CHAPEL AR SCH DIST 24 CONSTR G/O LTD CPN 4.25%, 6/1/40 | A | Interest | K | T | | | | | |
| 199. - AT&T INC | A | Dividend | K | T | | | | | |
| 200. - DILLARDS CAP TR I 7.5%, 8/1/38 | B | Interest | K | T | | | | | |
| 201. - GENERAL ELECTRIC COMPANY | A | Dividend | J | T | Sold (part) | 09/21/16 | J | B | |
| 202. - SENIOR HOUSING PROP TR REIT | A | Dividend | J | T | Buy | 09/21/16 | J | | |
| 203. Simmons Bank | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 204. Lafayette Co., AR (royalty & fractional mineral interests) | A | Royalty | K | W | | | | | |
| 205. Miller Co., AR (royalty & fractional mineral interest) | | None | J | W | | | | | |
| 206. Webster Parish, LA (royalty & fractional mineral inter.) | A | Royalty | J | W | | | | | |
| 207. Caddo Parish, LA (royalty & fractional mineral inter.) | A | Royalty | J | W | | | | | |
| 208. Hempstead Co., AR (mineral interest) | | None | J | W | | | | | |
| 209. Miller Co., AR (land) | | None | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I indicates that reporting person is a trustee of four family trusts. Only one of these trusts is reportable in Part VII. During the year ending 12/31/2016, three of these trusts terminated pursuant to the terms of the trusts' documents. Reporting person has retained control over some funds to pay taxes and accountants for the 2016 calendar year. At the end of 2016, reporting person is trustee of one family trust.

Part VI line 2 (deficiency obligation to Nissan Motor Acceptance Corporation) value should have been K for 2015 as well (was erroneously reported as J).

Part VII - Investments and Trusts:

Line 1 - TIAA/CREF-1 S403(b) - The information on the 12/31/2015 report was erroneously reported. Column B (amount of interest income) should have been either A or B instead of D and Column C (the value at 12/31/2015) should have been L instead of M.

Line 3 - A heading. Reporting person is Trustee of this family trust, a trust created by reporting person. The underlying assets are reported on lines 4 through 128. All the assets in this trust have been sold as of 12/31/2016 and the entire balance is held as cash. After paying taxes and accountants for the 2016 calendar year, this account will be closed and will no longer be reported.

Line 129 - an IRA account. The underlying assets are reported on lines 130 through 192.

Line 193 - A heading for a brokerage account. The underlying assets are reported separately on lines 194 through 202, including the income, year-end values and transactions.

Line 197 - The Voya SmartDesign Variable Annuity is 100% invested in VY T. Rowe Price Capital Appreciation sub fund.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ SUSAN W. WRIGHT

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544